JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE QUINNEY,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 21-8270 PVC<br><br><br>**JUDGMENT OF REMAND** |

     The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand"), lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  February 24, 2022

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE